SHELTON, Movant, v. UNIVERSAL CREDIT COMPANY, Opposed.

Court of Appeals of Kentucky.

(Decided May 27, 1938.)

GORDON D. ROWLAND for movant.

J. S. FEATHER and M. A. GRAY for opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

WILSON, Movant, v. HALCOMB, Opposed.

Court of Appeals of Kentucky.

(Decided May 27, 1938.)

ROY W. HOUSE for movant.

A. T. W. MANNING for opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

DENNY, Movant, v. CARTER et al., Opposed.

Court of Appeals of Kentucky.

(Decided June 17, 1938.)

S. Y. TRIMBLE for movant.

AL CLARK and HERMAN SOUTHALL for opposed.

PER CURIAM.

Appeal denied; judgment affirmed.